

# United States District Court
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
Clerk of Court

Telephone: 225-389-3500  
Facsimile: 225-389-3501

November 7, 2016

Mr. J. Christopher Alexander  
3751 Government Street, Suite A  
Baton Rouge, LA 70806

**RE:**     **3:16-cv-00735-JJB-EWD**  
            **Mindi Loret v. Family Dollar Stores, Inc.**

## NOTICE

This matter was transferred to the Middle District of Louisiana from the 18th Judicial District Court. A review of the case file indicates Jennifer Aycock Motlow is listed as co-counsel for the plaintiff. Our records indicate she is currently not admitted to practice before the Middle District of Louisiana. As a result, she will not be allowed to sign or electronically file any pleadings or appear in court until admitted. If a member of the Louisiana State Bar, please have her complete the attorney admission packet located on our website at https://www.lamd.uscourts.gov/BarAdmission.

If you have any questions, please feel free to call the Clerk's Office at 225-389-3500.

Sincerely,

Michael L. McConnell  
Clerk of Court

By: *Elisa Clement*  
      Deputy Clerk