**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MINDI LORET** | * | **CIVIL ACTION** |
| **VERSUS** | * | **CASE NO. 3:16 CV 00735** |
| **FAMILY DOLLAR STORES, INC.** | * | **JUDGE BRADY** |
| | * | **MAGISTRATE WILDER-DOOMES** |
| | * | **JURY DEMAND** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATUS REPORT

**A.  JURISDICTION**

Jurisdiction is based on diversity of citizenship, namely 28 USC 1332.

**B.  BRIEF EXPLANATION OF THE CASE**

Plaintiff alleges injuries as a result of a trip and fall on Defendant's premises on December 10, 2015.  Plaintiff alleges that she tripped and fell on a pallet lying on the floor of Defendant's store. The pallet was open and obvious to all who walked in the vicinity of same.  Defendant denies responsibility and will show that Plaintiff's fault was the cause in fact of her alleged incident and damages.  Other defenses may be developed during the course of discovery.

**C.  PENDING MOTIONS**

There are no pending motions before the Court at this time.

**D. ISSUES**

The principal legal issues involved in this matter are Louisiana's Merchant Liability Statute, Louisiana R.S. 9:2800.6 and comparative fault.

**E. DAMAGES**

Discovery is ongoing and Defendant is not in a position to sufficiently evaluate damages.

**F. SERVICE**

No issues exist regarding waiver of service of process, personal jurisdiction, or venue.

**G. DISCOVERY**

Initial Disclosures per FRCP 26(a)(1) were provided to Plaintiff on November 7, 2016. Plaintiff has not provided Initial Disclosures to Defendant.

Defendant propounded Interrogatories and Request for Production of Documents upon Plaintiff on November 7, 2016. Plaintiff has not responded to same.

Any expert testimony on behalf of Defendant is unknown at this time. Independent medical examination physician(s) and other experts may be necessary depending upon the experts retained by Plaintiff.

**H. PROPOSED SCHEDULING ORDER**

1. Initial Disclosures: Defendant has produced initial disclosures to Plaintiff. Plaintiff to produce same: December 31, 2016.
2. Joining other parties or amending pleadings: February 15, 2017.
3. Deadline for discovery motions and completing discovery (except experts): September 15, 2017.

4. Expert Disclosure:

    a. Plaintiff: July 14, 2017.

    b. Defendant: August 15, 2017.

5. Exchange of Expert Reports:

    a. Plaintiff: July 14, 2017.

    b. Defendant: August 15, 2017.

6. Completion of Discovery from Experts: September 15, 2017.

7. Dispositive Motions and Daubert Motions: October 16, 2017.

**I.     TRIAL**

Defendant made a demand for trial by jury. Defendant anticipates the need for a three-day jury trial.

**J.     OTHER MATTERS**

Defendant is unaware of any specific problems needed to be addressed at the scheduling conference. Defendant does not wish to waive the scheduling conference so that deadlines can be established and the case moved to trial.

**K.     SETTLEMENT**

Settlement was explored between the parties unsuccessfully. Additional discovery is needed before the parties can engage in additional discussions.

Defendant is agreeable to a settlement conference and believes that settlement of this matter is conceivable following further discovery.

**L. CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE**

Defendant does not wish to waive its right to proceed before a United States District Judge.

                                        Respectfully submitted:

                                        /s/ Donald E. McKay, Jr.
                                        **DONALD E. MCKAY, JR. (#14207)**
                                        **JASON R. BONNET (#28502)**
                                        **JEREMY H. CALL (#35071)**
                                        **LEAKE AND ANDERSSON, LLP**
                                        1100 Poydras Street, Suite 1700
                                        New Orleans, LA  70163
                                        Tel:  (504) 585-7500
                                        Fax:  (504) 585-7775
                                        *Attorneys for Defendant, Family Dollar Stores of Louisiana, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or by facsimile transmission, on December 15, 2016, at their last known address of record.

                        /s/  Donald E. McKay, Jr.

CP/4686/42655/Doc142